# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

**IN RE: Cody Allen Lance & Brittany Ferrington Lance**  CASE NO.: 14-31815
CHAPTER 13

### ATTORNEY FEE ADDENDUM IN CHAPTER 13 CASE

In compliance with the STANDING ORDER REGARDING "NO-LOOK" FEES AND ADDENDUMS IN CHAPTER 13 CASES ( the "Standing Order"), counsel for debtor(s) make the following election and certification regarding compensation for representation and reimbursement of expenses in the above captioned case:

1.

(_____) Counsel for debtor(s) elects to file and notice a separate application for fees and expenses in this case in lieu of electing the "no-look" fee pursuant to the Standing Order and the guidelines set forth therein, particularly 11 U.S.C. §330, F.R.B.P. 2016, LBR 2016-1, and the United States Trustee Guidelines.

**OR**

2.

(___X___) Counsel for debtor(s) elects to request the "no-look" pre-confirmation fee pursuant to the Standing Order and agrees to the provisions and guidelines set forth therein. Counsel acknowledges that any and all pre-confirmation fees and advances made for **expenses** and filing fees are included in the "no-look" fee, not to exceed $2,800.00, excluding the representation of a debtor in an Adversary Proceeding, and the prescribed fees for post-confirmation services, as described in the "Standing Order," computed as follows:

(___X___) $2,800.00  **OR $_____** (Amount less than $2,800.00, if counsel has agreed to same);

**OR**

The monthly plan payments *to* the Trustee are less than $200.00 a month. Accordingly, Counsel has agreed to a reduction of the no-look fee as follows:

The monthly plan payments in this case *to* the Trustee are $_____. Therefore, the attorney fee is reduced to the higher of :

$_____  10x the monthly payments *to* the trustee.

$_____  10x the specific monthly disbursements under the plan, which are $_____, per month, *to creditors/claimants by both the Trustee and the Debtor(s),* not to exceed $2,800.00

**RESULTING IN A NO-LOOK FEE IN THIS CASE IN THE AMOUNT OF $ 2,800.00    .**

**/s/ E. Orum Young, Attorney**                **October 1, 2014**
Counsel for the Debtor(s)                              Date

###